In the Matter of Vivian Darlene WILLIAMS, Respondent.

(439 S.E. (2d) 254)

Supreme Court

Dec. 10, 1993

## ORDER

Respondent is an attorney licensed to practice law in South Carolina. She petitions to be transferred to the disability inactive status under Paragraph 19, Rule 413, SCACR.

---

[2] This is the only relief sought by Bey.

IT IS ORDERED that the petition is granted and Respondent is transferred to disability inactive status until petition of Respondent for reinstatement and until further Order of this Court.

/s/ DAVID W. HARWELL, C.J.
/s/ A. LEE CHANDLER, J.
/s/ ERNEST A. FINNEY, JR., J.
/s/ JEAN H. TOAL, J.
/s/ JAMES E. MOORE, J.